THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-299-FL

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, as subrogee of KENNETH WELCH, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) **ORDER FOR EXTENSION ON**<br>) **THE STAY OF PROCEEDINGS** |
| v. | )<br>) |
| BIKTRIX ENTERPRISES, INC. and WANDA BATTERY INTELLIGENT TECHNOLOGY (KUNSHAN) CO., LTD | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## ORDER FOR EXTENSION ON THE STAY OF PROCEEDINGS

UPON Joint Motion of Plaintiff, State Farm Fire and Casualty Company, as Subrogee of Kenneth Welch ("State Farm"), and Defendant, Biktrix Enterprises, Inc. ("Biktrix"), and for good cause shown, this Honorable Court hereby Orders an extension on the stay of all proceedings in this matter under Fed. R. Civ. P. 26(c) or other applicable Rule. The Court orders the parties to participate in and report on a status conference regarding the progress of the issues necessitating the stay to take place no more than 90 days from the entry of this Order. Following that conference, the parties shall submit a proposed scheduling order or an extension on the stay of proceedings as appropriate.

So Ordered, on the 25th day of April, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge